THRASH v. RAILROAD, from Cherokee; *Dillard & Bell,* for plaintiff; *F. H. Busbee,* for defendant. Affirmed.

NELSON v. BLANTON, from Swain; *Fisher,* for plaintiff; *Brison & Black,* for defendant. Affirmed.

FAIN v. EARLY, from Cherokee; *Norvell,* for defendant. Affirmed on authority of *Bank v. Blossom,* 92 N. C., 695.

SMYTHE v. AYERS, from Graham; *Dillard & Bell,* for plaintiff; *Morphew,* for defendant. Affirmed.

PENDER v. RAILROAD Co., from Swain; *Fisher,* for plaintiff; *Bason,* for defendant. Affirmed.

ADAMS v. RAILROAD Co., from Swain; *Fisher,* for plaintiff; *Bason,* for defendant. Affirmed.

HERREN v. NAT'L. ABRASIVE Co., from Haywood; *Crawford & Hannah,* for plaintiff; *W. B. & H. R. Ferguson,* for defendant. Affirmed.

BURCH v. ELIZABETH CITY LUMBER Co., from Chowan; *W. M. Bond,* for plaintiff; *Pruden & Pruden, Shepherd & Shepherd,* for defendant.

FURCHES, C. J. The facts in this case are substantially the same as those in *Monds v. Elizabeth City Co.,* at this term. The two cases were argued together and it was agreed by counsel that a decision in one case would decide the other. Therefore for the reasons given in Mond's case, the judgment below in this case is affirmed.